# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY,

    Plaintiff,

v.

895,286 SQUARE FEET (20.55 ACRES) OF
LAND, MORE OR LESS, SITUATED IN
LANDOVER, PRINCE GEORGE'S
COUNTY,
KNICKERBOCKER PROPERTIES, INC. XI,
CLASSIC VINTAGE, INC.,
FLORANATION, LLC,
FORWARD AIR, INC.,
IRON MOUNTAIN INFORMATION,
WASHINGTON SUBURBAN SANITARY
COMMISSION,
BALTIMORE GAS AND ELECTRICITY,
NORFOLK SOUTHERN RAILWAY
COMPANY and
PRINCE GEORGE'S COUNTY,

    Defendants.

Civil Action No. TDC-20-2165

## ORDER

On October 14, 2022, Plaintiff Washington Metropolitan Area Transit Authority filed a Notice of Dismissal stating that it has acquired the property at issue and all of Defendants' claims for just compensation have been satisfied. ECF No. 108. The Court having reviewed the Notice, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE.

The Clerk is directed to close this case.

Date: October 17, 2022

_____
THEODORE D. CHUANG
United States District Judge